JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ERIC L. GRIFFIN, | No. 2:22-cv-03012-PA-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| LOS ANGELES SHERIFFS COUNTY JAIL, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  June 28, 2022

_____
PERCY ANDERSON
United States District Judge